IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

STEPHEN WILKINSON,

      Appellant,

                                Case No.    5D21-1347

v.                               LT Case No. 2021-CC-000310-A

R.L.R. INVESTMENTS, LLC,

      Appellee.

_____/

Decision filed May 3, 2022

Nonfinal Appeal from the County Court
for Marion County,
Robert Landt, Judge.

Stephen Wilkinson, Ocala, pro se.

Matthew R. Olmsted and Shannan
M. Arsenault, of Chartwell Law,
Deerfield Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

EDWARDS, NARDELLA and WOZNIAK, JJ., concur.